```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RODOLFO GODOY, | |
| Petitioner, | Civil Action No. 11-3754 (NLH) |
| v. | **O R D E R** |
| WARDEN DONNA ZICKEFOOSE, | |
| Respondent. | |

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241; and for the reasons expressed in the Opinion issued this same day;

IT IS on this   5th   day of  July  , 2012;

**ORDERED** that the petition is hereby denied; and it is further

**ORDERED** that the Clerk of the Court shall close this file.

                                                s/ Noel L. Hillman  
                                                NOEL L. HILLMAN  
                                                United States District Judge

At Camden, New Jersey